# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

MICHAEL SAUNDERS,

          **Plaintiff,**

vs.                                                **Case No.: 17-cv-616**

NANCY BERRYHILL,
      **Commissioner of Social Security,**

          **Defendant.**

## NOTICE OF APPEAL

*Notice is hereby given* that James Aulik, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated August 23, 2018 and the judgment dated August 23, 2018 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Nancy Berryhill, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 4th day of September, 2018.

**DUNCAN DISABILITY LAW, S.C.**
Attorneys for the Plaintiff

/s/ Dana W. Duncan

Dana W. Duncan
State Bar I.D. No. 01008917
555 Birch St
Nekoosa, WI 54457
(715) 423-4000